District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARIUS D. HARDEN, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendant.

Case No. 2:17-cv-708-RSL

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF DISCOVERY DEADLINES

Noted for Consideration:
April 10, 2018

**JOINT STIPULATION**

The parties, by and through their counsel of record, hereby jointly STIPULATE AND AGREE to an extension of the following pre-trial deadlines:

| **Deadline** | **Old Deadline** | **New Deadline** |
|---|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | May 9, 2018 | June 22, 2018 |
| Discovery Deadline | July 8, 2018 | August 22, 2018 |
| Settlement Conference Deadline | July 22, 2018 | September 5, 2018 |

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

In August of 2017, assigned counsel for the United States suffered a serious and unforeseen medical emergency that required an extended absence from the office. Counsel has returned to the office and is currently transitioning back into the role of lead counsel. The parties have commenced fact discovery. As this case alleges medical malpractice, expert discovery will be required. The current deadline to complete discovery is July 8, 2018, allowing inadequate time for the parties to complete fact and expert discovery. Accordingly, the parties request an extension to August 22, 2018. This extension will not affect the current dispositive motion deadline or the scheduled trial date.

DATED this 10th day of April, 2018.

HOLMAN LAW, PLLC

*s/ James L. Holman*

James L. Holman, WSBA#06799
Holman Law, PLLC
4041 Ruston Way, Suite 101
Tacoma, WA 98402
Phone: (253) 627-1866
Fax: (253) 627-1924
Email: JLH@theholmanlawfirm.com

Attorney for Plaintiffs

ANNETTE L. HAYES
United States Attorney

*s/Michelle R. Lambert*
Michelle R. Lambert, NYS#4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov

Attorney for Defendant United States

**ORDER**

The parties having so stipulated and agreed, it is SO ORDERED. The pretrial deadlines are extended as follows:

| **Deadline** | **New Deadline** |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | June 22, 2018 |
| Discovery Deadline | August 22, 2018 |
| Settlement Conference Deadline | September 5, 2018 |

Dated this 12th day of April, 2018.

ROBERT S. LASNIK
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF DISCOVERY DEADLINES
2:17-cv-00708-RSL- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970