Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| DARIUS D. HARDEN and DOROTHY HARDEN, individually and as husband and wife; SIERRA HARDEN and D.H., children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES and JOHN DOE CLINICS,<br><br>Defendants. | CASE NO. 2:17-cv-00708-RSL<br><br>STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES<br><br>**NOTE ON MOTION CALENDAR: JUNE 19, 2018** |

COME NOW the parties, by and through their respective counsel, and respectfully requests that the Court extend the deadline for the parties to disclose expert testimony under FRCP 26(a)(2) and the discovery deadline. Currently, the disclosure deadline is June 22, 2018 and discovery deadline is August 22, 2018.

Plaintiff Darius Harden was deposed on April 13, 2018. Plaintiff Dorothy Harden was recently deposed on May 31, 2018. Plaintiffs were not able to be deposed during a short time frame based on the length of the depositions and plaintiffs' counsel being in trial late April

STIPULATION AND ORDER EXTENDING
PRETRIAL DEADLINES - 1

CASE NO. 2:17-cv-00708-RSL

HOLMAN LAW, PLLC
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
T 253.627.1866  F 253.627.1924

through early May and traveling cross country for a series of depositions for another case. Due to plaintiffs' counsel's schedule, the recent conclusion of plaintiffs' depositions and the United States' request to depose the children who are parties and three fact witnesses, plaintiffs have not been able to depose any fact witnesses from the VA Puget Sound Health Care System. Plaintiffs' expert witnesses will need to review those depositions and provide written reports.

The parties stipulate and agree that the deadline for expert disclosures be extended to July 13, 2018 and the discovery deadline extended to September 12, 2018.

Dated this 19th day of June, 2018.

HOLMAN LAW, PLLC

　　　/s/ James L. Holman　　　　
James L. Holman, WSBA No. 06799
Colleen Durkin Peterson, WSBA No. 45187

4041 Ruston Way, Suite 101
Tacoma, WA 98402
Telephone: (253) 627-1866
E-Mail: JLH@theholmanlawfirm.com
E-Mail: CDP@theholmanlawfirm.com

Attorneys for Plaintiffs

ANNETTE L. HAYES
United States Attorney

　　　/s/ Michelle R. Lambert　　　　
Michelle R. Lambert, WSBA No. 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Email: michelle.lambert@usdoj.gov
Telephone: (206) 553-7970

Attorney for Defendant

STIPULATION AND ORDER EXTENDING
PRETRIAL DEADLINES - 2

CASE NO. 2:17-cv-00708-RSL

HOLMAN LAW, PLLC
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
T 253.627.1866  F 253.627.1924

**ORDER**

The parties having so stipulated and agreed, it is **SO ORDERED** that the deadline for Expert witness disclosure pursuant to FRCP 26(a)(2) is extended to July 13, 2018 and discovery deadline is extended to September 12, 2018. All other pretrial dates shall remain unchanged.

DATED this 20th day of June, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER EXTENDING
PRETRIAL DEADLINES - 3

CASE NO. 2:17-cv-00708-RSL

HOLMAN LAW, PLLC
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
T 253.627.1866  F 253.627.1924