Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| DARIUS D. HARDEN and DOROTHY HARDEN, individually and as husband and wife; SIERRA HARDEN and D.H., children,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; and UNKNOWN JOHN DOES and JOHN DOE CLINICS,<br><br>Defendants. | CASE NO. 2:17-cv-00708-RSL<br><br>STIPULATION AND ORDER EXTENDING SETTLEMENT CONFERENCE DEADLINE<br><br>**NOTE ON MOTION CALENDAR: AUGUST 17, 2018** |

COME NOW the parties, by and through their respective counsel, and respectfully requests that the Court extend the Settlement Conference deadline due to ongoing discovery, specifically the depositions of three treating providers which are scheduled to take place on September 5, 2018 and September 10, 2018. Currently, the Settlement Conference deadline is September 5, 2018.

The parties stipulate and agree that the deadline for the Settlement Conference be extended to September 21, 2018.

STIPULATION AND ORDER EXTENDING
SETTLEMENT CONFERENCE DEADLINE - 1

CASE NO. 2:17-cv-00708-RSL

**HOLMAN LAW, PLLC**
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
253.627.1866   253.627.1924

1     Dated this 17th day of August, 2018.

2 HOLMAN LAW, PLLC

3 */s/ Colleen Durkin Peterson/*

4 James L. Holman, WSBA No. 06799
Colleen Durkin Peterson, WSBA No. 45187

5

6 4041 Ruston Way, Suite 101
Tacoma, WA 98402

7 Telephone: (253) 627-1866
E-Mail: JLH@theholmanlawfirm.com

8 E-Mail: CDP@theholmanlawfirm.com

9 Attorneys for Plaintiffs

10 ANNETTE L. HAYES
United States Attorney

11

12 */s/ Michelle R. Lambert/*

Michelle R. Lambert, WSBA No. 4666657

13 Assistant United States Attorney
United States Attorney's Office

14 700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271

15 Email: michelle.lambert@usdoj.gov

16 Telephone: (206) 553-7970

17 Attorney for Defendant

## ORDER

The parties having so stipulated and agreed, it is **SO ORDERED** that the Settlement Conference deadline is extended to September 21, 2018. All other pretrial dates shall remain unchanged.

DATED this 4th day of September, 2018.

                      */s/ Robert S. Lasnik/*
                      ROBERT S. LASNIK
                      United States District Judge

STIPULATION AND ORDER EXTENDING
SETTLEMENT CONFERENCE DEADLINE - 2

CASE NO. 2:17-cv-00708-RSL

HOLMAN LAW, PLLC
4041 Ruston Way, Suite 101
P.O. Box 1338
Tacoma, WA 98401-1338
253.627.1866  253.627.1924