District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARIUS D. HARDEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendant. | Case No. 2:17-cv-708-RSL <br><br> STIPULATION AND ORDER OF DISMISSAL |

## **JOINT STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-referenced case should be DISMISSED with prejudice and without an award of costs or fees to any party.

//
//
//
//
//

STIPULATION AND ORDER OF DISMISSAL
2:17-cv-00708-RSL- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | |
|---|---|---|
| 1 | DATED this 23rd day of October, 2018. | |
| 2 | | |
| 3 | HOLMAN LAW, PLLC | ANNETTE L. HAYES |
| 4 | | United States Attorney |
| 5 | *s/ James L. Holman* | *s/Michelle R. Lambert* |
| 6 | James L. Holman, WSBA#06799 | Michelle R. Lambert, NYS#4666657 |
| 7 | Holman Law, PLLC | Assistant United States Attorney |
| | 4041 Ruston Way, Suite 101 | United States Attorney's Office |
| 8 | Tacoma, WA 98402 | 700 Stewart Street, Suite 5220 |
| 9 | Phone: (253) 627-1866 | Seattle, Washington 98101-1271 |
| | Fax: (253) 627-1924 | Phone: 206-553-7970 |
| 10 | Email: JLH@theholmanlawfirm.com | Email: michelle.lambert@usdoj.gov |
| 11 | Attorney for Plaintiffs | Attorney for Defendant United States |

STIPULATION AND ORDER OF DISMISSAL  
2:17-cv-00708-RSL- 2

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The |
| 3 | above-referenced case is hereby DISMISSED with prejudice and without an award of |
| 4 | costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel |
| 5 | of record. |

DATED this 24th day of October, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
2:17-cv-00708-RSL- 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970